I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-29-14

DEPUTY CLERK

JS-6/Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANDREW ROBERT RAMIREZ,  ) Case No. EDCV 12-1472-PA (JPR)
) 
       Petitioner,  )
) **JUDGMENT**
   vs.  )
)
W.L. MONTGOMERY, Warden,  )
)
       Respondent.  )
_____ )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 28, 2014

PERCY ANDERSON
U.S. DISTRICT JUDGE